AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 06/19/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 1/1/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Widener University Law School, adjunct professor; Fall semester | $11,250.00 |
| 2. | 2014 | University of Chicago Law School, Lecturer; Spring semester | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute: Commission to Study the Reform of Chapter 11 | 02/11/2014 - 02/13/2014 | Irving, TX | Committee meeting | Meals, lodging and travel |
| 2. | The University of British Columbia | 02/19/2014 - 02/22/2014 | Vancouver, Canada | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | American Bankruptcy Institute: Annual Meeting | 04/26/2014 - 04/27/2014 | Washington, DC | Panel member for seminar | Meals, lodging, tuition, and travel |
| 4. | The Bankruptcy Bar Association of the Southern District of Florida: Annual Retreat | 05/08/2014 - 05/09/2014 | Key Largo, FL | Panel member for seminar | Meals, lodging, tuition, and travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Sontchi, Christopher S.** | 06/19/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Turnaround Management Association: Mid-Atlantic Regional Symposium | 06/11/2014 - 06/12/2014 | Atlantic City, NJ | Panel member for seminar | Meals, lodging, tuition, and travel |
| 6. | Harvard University | 06/24/2014 - 06/26/2014 | Boston, MA | Symposium participant | Meals, lodging, and travel |
| 7. | Turnaround Management Association: Annual Meeting | 09/29/2014 - 10/01/2014 | Toronto, Canada | Panel member for seminar | Meals, lodging, tuition, travel |
| 8. | ABI and Georgetown Law School: Views from the Bench | 10/23/2014 - 10/24/2014 | Washington, DC | Panel member for seminar | Meals, lodging, tuition, and travel |
| 9. | American Bankruptcy Institute: Mid-Level Professional Development Program | 11/11/2014 - 11/12/2014 | Chicago, IL | Panel member for seminar | Meals, lodging, tuition, and travel |
| 10. | Association of Insolvency and Restructuring Advisors: Advanced Restructuring Conf. | 11/17/2014 - 11/18/2014 | New York, NY | Panel member for seminar | Meals, lodging, tuition, entertainment and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | M | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Brokerage Account #1 | | None | J | T | | | | | |
| 4. 529 Plan #1 | | | | | | | | | |
| 5. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 6. 529 Plan #2 | | | | | | | | | |
| 7. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 10. - American Funds, Europacific Growth Fund | A | Dividend | K | T | Buy (add'l) | 05/08/14 | J | | |
| 11. - Neuberger Berman Genesis Fund | A | Dividend | J | T | Sold (part) | 04/01/14 | J | | |
| 12. - PIMCO Total Return Fund | A | Dividend | | | Buy (add'l) | 04/01/14 | J | | |
| 13. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 14. | | | | | Sold | 10/16/14 | K | | |
| 15. - Deutsche Global Real Estate Securities Fund | A | Dividend | J | T | Buy (add'l) | 04/03/14 | J | | |
| 16. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | | | | | |
| 17. - MFS Research Fund | A | Dividend | K | T | Sold (part) | 04/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JP Morgan Core Bond Fund | A | Dividend | K | T | Buy (add'l) | 04/03/14 | J | | |
| 19. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 20. - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 04/01/14 | J | | |
| 21. | | | | | Sold (part) | 05/06/14 | J | | |
| 22. - Columbia Acorn International Fund | A | Dividend | J | T | Sold (part) | 08/19/14 | J | | |
| 23. - Prudential High Yield Fund | A | Dividend | | | Buy (add'l) | 04/03/14 | J | | |
| 24. | | | | | Sold | 08/21/14 | J | | |
| 25. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 04/03/14 | J | | |
| 26. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | K | T | Sold (part) | 04/01/14 | J | | |
| 27. - Manning & Napier Equity Series Fund | A | Dividend | K | T | Sold (part) | 04/01/14 | J | | |
| 28. - John Hancock Disciplined Value Fund | A | Dividend | K | T | Sold (part) | 04/03/14 | J | | |
| 29. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 04/01/14 | J | | |
| 30. - Brown Advisory Growth Equity Fund | A | Dividend | K | T | Sold (part) | 04/01/14 | J | | |
| 31. - MFS International Growth Fund | A | Dividend | J | T | Buy (add'l) | 04/03/14 | J | | |
| 32. - AMG Times Square Small Cap Growth Fund | A | Dividend | J | T | Sold (part) | 04/03/14 | J | | |
| 33. | | | | | Sold (part) | 05/08/14 | J | | |
| 34. - Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 04/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 36. - AQR Managed Futures Strategy Fund | A | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | |
| 37. | | | | | Sold (part) | 08/19/14 | J | | |
| 38. - Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 39. IRA #2 | | | | | | | | | |
| 40. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 41. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 42. IRA #3 | | | | | | | | | |
| 43. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 44. - American Funds, Europacific Growth Fund | A | Dividend | J | T | Buy (add'l) | 05/08/14 | J | | |
| 45. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 46. - Neuberger Berman Genesis Fund | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 47. - PIMCO Total Return Fund | A | Dividend | | | Buy (add'l) | 08/19/14 | J | | |
| 48. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 49. | | | | | Sold | 10/16/14 | J | | |
| 50. - Deutsche Global Real Estate Securities Fund Securities | A | Dividend | J | T | Buy (add'l) | 08/29/14 | J | | |
| 51. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - MFS Research Fund | A | Dividend | J | T | Sold<br>(part) | 08/29/14 | J | | |
| 53.   - JP Morgan Core Bond Fund | A | Dividend | J | T | Buy<br>(add'l) | 08/29/14 | J | | |
| 54.   - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | Sold<br>(part) | 05/06/14 | J | | |
| 55. | | | | | Buy<br>(add'l) | 08/27/14 | J | | |
| 56.   - Columbia Acorn International Fund | A | Dividend | J | T | Sold<br>(part) | 08/19/14 | J | | |
| 57.   - Prudential High Yield Fund | A | Dividend | | | Sold | 08/21/14 | J | | |
| 58.   - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold<br>(part) | 08/29/14 | J | | |
| 59.   - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | J | T | Sold<br>(part) | 08/27/14 | J | | |
| 60.   - Manning & Napier Equity Series Fund | A | Dividend | J | T | Sold<br>(part) | 08/27/14 | J | | |
| 61.   - John Hancock Disciplined Value Fund | A | Dividend | J | T | Sold<br>(part) | 08/29/14 | J | | |
| 62.   - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold<br>(part) | 08/27/14 | J | | |
| 63.   - Brown Advisory Growth Equity Fund | A | Dividend | J | T | Sold<br>(part) | 08/27/14 | J | | |
| 64.   - MFS International Growth Fund | A | Dividend | J | T | Buy<br>(add'l) | 08/29/14 | J | | |
| 65.   - AMG Times Square Small Cap Growth<br>Fund | A | Dividend | J | T | Sold<br>(part) | 05/08/14 | J | | |
| 66. | | | | | Buy<br>(add'l) | 08/29/14 | J | | |
| 67.   - Virtus Emerging Markets Opportunities<br>Fund | A | Dividend | J | T | Buy<br>(add'l) | 08/21/14 | J | | |
| 68.   - AQR Managed Futures Strategy Fund | A | Dividend | J | T | Buy<br>(add'l) | 08/27/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 70. IRA #4 | | | | | | | | | |
| 71. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 72. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 73. 401(k) Plan #2 | | | | | | | | | |
| 74. - Franklin Templeton Inv., Franklin Income Fund | A | Dividend | J | T | | | | | |
| 75. - The Hartford, Hartford Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 76. - Henderson International Opportunities Fund | A | Dividend | J | T | | | | | |
| 77. - Quaker Funds, Quaker Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 78. - Henderson European Focus Fund | A | Dividend | J | T | | | | | |
| 79. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 80. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 81. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 82. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 1 (2013 report). Account closed in 2013.

2) Part VII, page 5, line 3: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

3) Part VII, page 5, line 14: The entire balance of PIMCO Total Return Fund was sold on October 16, 2014.

4) Part VII, page 5, line 14 (2013 report): The entire balance of Columbia Management, Columbia Marsico Focused was sold on July 18, 2013.

5) Part VII, page 5, line 15: DWS Rreef Global Real Estate Securities Fund changed its name to Deutsche Global Real Estate Securities Fund.

6) Part VII, page 5, line 16 (2013 report): The entire balance of PIMCO Commodity Real Return Strategy was sold on May 1, 2013.

7) Part VII, page 6, line 24: The entire balance of Prudential High Yield Fund was sold on August 21, 2014.

8) Part VII, page 6, line 24 (2013 report): The entire balance of Munder International Small Mid Cap Fund was sold on May 3, 2013.

9) Part VII, page 6, line 28 (2013 report): The entire balance of RS Int'l Growth Fund was sold on May 3, 2013.

10) Part VII, page 6, line 30 (2013 report): The entire balance of ASG Global Alternative Fund was sold on May 1, 2013.

11) Part VII, page 6, line 32: Managers Times Square Small Cap Growth Fund changed its name to AMG Times Square Small Cap Growth Fund.

12) Part VII, page 7, line 35 (2013 report): The entire balance of Janus Venture Fund was sold on August 27, 2013.

13) Part VII, page 7, line 38: Dodge & Cox Income Fund was initially purchased on October 16, 2014.

14) Part VII, page 7, line 49: The entire balance of PIMCO Total Return Fund was sold on October 16, 2014.

15) Part VII, page 7, line 49 (2013 report): The entire balance of Columbia Management, Columbia Marsico Focused was sold on July 18, 2013.

16) Part VII, page 7, line 50: DWS Rreef Global Real Estate Securities Fund changed its name to Deutsche Global Real Estate Securities Fund.

17) Part VII, page 7, line 51 (2013 report): The entire balance of PIMCO Commodity Real Return Strategy was sold on May 1, 2013.

18) Part VII, page 8, line 57: The entire balance of Prudential High Yield Fund was sold on August 21, 2014.

19) Part VII, page 8, line 59 (2013 report): The entire balance of Munder International Small Mid Cap Fund was sold on May 3, 2013.

20) Part VII, page 8, line 63 (2013 report): The entire balance of RS Int'l Growth Fund was sold on May 3, 2013.

21) Part VII, page 8, line 65 (2013 report): The entire balance of ASG Global Alternative Fund was sold on May 1, 2013.

22) Part VII, page 8, line 65: Managers Times Square Small Cap Growth Fund changed its name to AMG Times Square Small Cap Growth Fund.

23) Part VII, page 9, line 70 (2013 report): The entire balance of Janus Venture Fund was sold on August 27, 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 06/19/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544